677 A.2d 755

IN THE MATTER OF SAMUEL ASBELL,
AN ATTORNEY AT LAW.

July 1, 1996.

## ORDER

Prior report: 135 N.J. 446, 640 A.2d 837 (1994).

This matter having been duly presented to the Court, it is ORDERED that **SAMUEL ASBELL** of **CHERRY HILL,** who was admitted to the bar of this State in 1969, and who was suspended from the practice of law for a period of two years effective June 6, 1994, by Order of this Court dated May 13, 1994, be restored to the practice of law, effective immediately.